IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

           Plaintiff,           Civil Action No. _____

   v.

THE STAR TRIBUNE COMPANY,      **COMPLAINT**
                                          **JURY TRIAL DEMANDED**

           Defendant.

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and provide appropriate relief to Connie Hyde, Charlotte O'Brien, and to a class of similarly situated women, who were adversely affected when Defendant subjected them to sexual harassment and created a hostile working environment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful employment practices alleged were committed within the jurisdiction of the United States District Court for the District of Minnesota.

**PARTIES**

3.     The plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with administering, interpreting and enforcing Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     At all relevant times, the defendant, The Star Tribune Company ("Star Tribune"), has continuously been and is now incorporated in the State of Delaware, with its principal place of business in the City of Minneapolis, Minnesota, and has continuously had at least fifteen employees.

5.     At all relevant times, Star Tribune has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

**STATEMENT OF CLAIMS**

6.     More than 30 days prior to the institution of this lawsuit, Connie Hyde and Charlotte O'Brien, former and current Star Tribune employees, filed charges with the EEOC alleging violations of Title VII by Star Tribune. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     During the relevant time period, Star Tribune engaged in unlawful employment practices at its Heritage Center facility, at 800 North First Street, Minneapolis, Minnesota, in violation of Sections 703(a) of Title VII, 42 U.S.C. § 2000e-2. Among other things, Star Tribune's supervisors and employees subjected female employees, including Hyde and O'Brien to sexual harassment (including, but not limited to, propositions for sex, sexually suggestive conduct, favoritism towards female co-workers who participated in sexually provocative

2

conduct, and sexual comments), which further created a sexually hostile work environment. Star Tribune, despite actual and constructive notice of the situation failed and refused to take prompt and appropriate action to correct the harassment and the resulting hostile environment.

8.      The unlawful employment practices complained of in Paragraphs 7 above were intentional.

## PRAYER FOR RELIEF

WHEREFORE, the EEOC respectfully requests that this Court:

A.      Grant a permanent injunction enjoining The Star Tribune Company and its officers, successors and assigns, and all persons in active concert or participation with them, from engaging in sexual harassment, any other employment practice which discriminates on the basis of sex, and retaliation for opposition to such practices.

B.      Order The Star Tribune Company to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order The Star Tribune Company to make Connie Hyde, Charlotte O'Brien and a class of similarly situated women, whole by providing appropriate backpay and benefits, with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including (but not limited to) rightful place instatement and/or frontpay in lieu thereof.

D.      Order The Star Tribune Company to make Connie Hyde, Charlotte O'Brien and a class of similarly situated women, whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices described in Paragraphs 7 above,

including (but not limited to) emotional pain, suffering, humiliation, in amounts to be determined at trial.

    E.    Order The Star Tribune Company to pay Connie Hyde, Charlotte O'Brien and a class of similarly situated women to pay punitive damages in amounts to be determined at trial.

    F.    Grant such further relief as the Court deems necessary and proper in the public interest.

    G.    Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

    Respectfully submitted,

    Ronald S. Cooper
    General Counsel

    James L. Lee
    Deputy General Counsel

    Gwendolyn Young Reams
    Associate General Counsel

    Equal Employment Opportunity Commission
    1801 L Street, N.W.
    Washington, D.C. 20507

Dated:  9/23/2008                    s/John C. Hendrickson
                                     John C. Hendrickson
                                     Regional Attorney

                                     Jean P. Kamp
                                     Associate Regional Attorney

                                     Equal Employment Opportunity Commission
                                     Chicago District Office
                                     500 West Madison Street, Suite 2800
                                     Chicago, Illinois  60661
                                     (312) 353-7726


Dated:  9/29/08                       s/Laurie A. Vasichek
                                     Laurie A. Vasichek
                                     Minnesota Bar Number 0171438
                                     Attorney for Plaintiff
                                     Equal Employment Opportunity Commission
                                     Minneapolis Area Office
                                     330 Second Avenue South, Suite 430
                                     Minneapolis, MN 55401
                                     Telephone:  (612) 335-4061
                                     Fax:  (612) 335-4044